AO91 (Rev. 12/03)   Criminal Complaint                                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Miguel QUICHIMBO <br> IAE <br> Ecuador 1987 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:18-po-20328 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 29, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Miguel QUICHIMBO was encountered by Border Patrol Agents near Hidalgo, Texas on December 29, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Ecuador, who had entered the United States illegally on December 29, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Sanchez, Carlos  Border Patrol Agent
Signature of Complainant

Sanchez, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 30, 2018                                                         at       McAllen, Texas
Date                                                                                            City/State

Peter E Ormsby           U.S. Magistrate Judge
Name of Judge             Title of Judge                                          Signature of Judge